IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

MARQUS LEONARD, #237 013           *

    Plaintiff,                              *

    v.                                         *           2:11-CV-185-ID
                                                           (WO)
WARDEN LEESEY DANIELS, *et al.*,   *

    Defendants.                          *
_____

**<u>ORDER</u>**

On April 5, 2011, the Magistrate Judge issued a Recommendation (Doc. 9) to which no timely objections were made. Upon an independent review of the record and upon consideration of the Recommendation of the Magistrate Judge, it is the ORDER, JUDGMENT and DECREE that:

1. The Recommendation is ADOPTED;

2. Plaintiff's claims against the Alabama Department of Corrections and the "Elmore Prison Administration" are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

3. The Alabama Department of Corrections and the "Elmore Prison Administration" are DISMISSED as parties to this complaint; and

4. This case, with respect to the remaining defendants, is referred back to the Magistrate Judge for additional proceedings.

DONE this 26th day of April, 2011.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE